UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: USE OF
ELECTRONIC EQUIPMENT IN     Case No.:  2:21-mc-41-SPC
THE UNITED STATES
COURTHOUSE AND FEDERAL
BUILDING (FORT MYERS, FL)
                                        /

## ORDER

The following individuals, who are participating vendors for the Eleventh Circuit District Court IT Conference's events and meetings, are **AUTHORIZED** to pass the security checkpoint of the Fort Myers federal courthouse with electronic devices (e.g., cell phones, iPads, computers, smart watches, etc.) to attend all events and meetings from **June 5, 2023, to June 9, 2023**:

- Patricia Arruda
- Damian Biltres
- Camden Butler
- Cameron Chestnut
- Dylan Conrad
- Tim Copare
- Sam Hager
- Raymond Horn

- Yousuf Hatami
- Michael Ignaszewki
- Mostafa Jaouad
- Erich Kron
- Seth Levy
- Melissa Melius
- David Robbins
- Marta Scoppa

The same authorization for electronic devices also extends to IT staff working for the federal district courts in the Eleventh Circuit, including the Northern, Middle, and Southern Districts of Alabama, Florida, and Georgia.

All electronic devices may be subject to inspection by Court Security Officers. And the Court Security Officers may request an individual to present valid picture identification, including (but not limited to) their Federal Judicial Facility Access Cards.

**DONE** and **ORDERED** in Fort Myers, Florida on May 25, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE